UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EBONY HOWARD, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>IDEXX DISTRIBUTION, INC., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   2:20-cv-00079-JDL<br>)<br>)<br>)<br>)<br>) |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On March 5, 2020, Ebony Howard commenced this putative class action against Idexx Distribution, Inc., and Idexx Laboratories, Inc. (collectively, "Idexx"), for alleged violations of the Fair Labor Standards Act, 29 U.S.C.A. §§ 201−219, and certain Nevada wage-and-hour laws (ECF No. 1).  On May 5, 2020, Idexx moved to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) (ECF No. 19).  United States Magistrate Judge John H. Rich III filed his Recommended Decision on the motion to dismiss with the Court on July 5, 2020 (ECF No. 25), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b).  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 25) of the Magistrate Judge is hereby **ACCEPTED**, and Idexx's Motion to Dismiss (ECF No. 19) is **DENIED AS MOOT**.

**SO ORDERED.**

**Dated this 31st day of July, 2020.**

> /s/ Jon D. Levy
> **CHIEF U.S. DISTRICT JUDGE**