UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **EBONY HOWARD et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 2:20-cv-00079-JDL |
| | ) |
| **IDEXX DISTRIBUTION et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Defendants IDEXX Distribution, Inc., and IDEXX Laboratories, Inc. have filed a Motion to Partially Dismiss Plaintiffs' First Amended Collective and Class Action Complaint (ECF No. 22).[1]  In response, Plaintiffs Ebony Howard and Monique Tanaka have filed a Motion for Leave to File Second Amended Collective and Class Action Complaint (ECF No. 23).  United States Magistrate Judge John C. Rich III filed his Recommended Decision on both motions with the Court on September 1, 2020 (ECF No. 33), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b).  The time within which to file objections has expired, and no objections have been filed.  The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

---

[1] At the hearing before the Magistrate Judge, the Defendants also made an oral request for the attorney fees they incurred in litigating the motions.

1

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 33) of the Magistrate Judge is hereby **ACCEPTED**. The Plaintiffs' Motion for Leave to File Second Amended Collective and Class Action Complaint (ECF No. 23) is **GRANTED**, the Defendants' Motion to Partially Dismiss Plaintiffs' First Amended Collective and Class Action Complaint (ECF No. 22) is **DENIED AS MOOT**, and the Defendants' request to award fees is **DENIED**.

SO ORDERED.

Dated this 21st day of September, 2020.

                                                      /s/ Jon D. Levy
                                           **CHIEF U.S. DISTRICT JUDGE**