# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **EBONY HOWARD**, *et al.*, | ) <br> ) |
| **Plaintiffs,** | ) <br> ) <br> ) |
| v. | )    No. 2:20-CV-00079-JDL <br> ) |
| **IDEXX DISTRIBUTION, INC.**, *et al.*, | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

## ORDER GRANTING UNOPPOSED MOTION TO APPROVE SETTLEMENT AND DISMISS CASE

Having reviewed Plaintiff's Unopposed Motion to Approve Settlement and Dismiss Case, and for good cause shown, it is hereby **ORDERED** that the Motion be, and is, **GRANTED.**

It is **FURTHER ORDERED** that:

I) The parties' settlement as set forth in their individual executed settlement agreements is **APPROVED** as fair and reasonable under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982);

II) The claims of Named Plaintiffs Ebony Howard and Monique Tanaka, and opt-in Plaintiff Ashley Winter are hereby **DISMISSED WITH PREJUDICE** pursuant to the terms in each Plaintiff's individual settlement agreement;

III) The claims of former opt-in Plaintiff Melody Medwell are **DISMISSED WITHOUT PREJUDICE;**

IV) Each side shall bear its own attorneys' fees, costs and expenses, except as set forth in the individual settlement agreements.

The Clerk is directed to close this action.

Date:   February 16, 2022                    /s/ Jon D. Levy
                                             Chief U.S. District Judge